IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| | § | |
| ANCHOR DEVELOPMENT GROUP, LLC | § | CASE NO. 22-60051 (CML) |
| | § | |
| DEBTOR | § | |

### NOTICE TO COURT OF FILING BANKRUPTCY 7502 HARRISBURG, LLC

**TO THE HONORABLE JUDGE CHRISTOPHER M. LOPEZ:**

**PLEASE TAKE NOTICE THAT** 7502 Harrisburg, LLC. once again filed bankruptcy to stop the foreclosure of the Church Property. The case number 24-31002.

On January 31, 2024, Albert Ortiz on behalf of 7502 Harrisburg, LLC filed its Emergency Motion for an Order to Lift Stay on its property ("Church Property"). After hearing the matter and noting that the Court had previously lifted the stay on the property, this Court entered an Order dck #75 allowing Texas Funding Corporation to again post the Church Property for February foreclosure with the specific instruction to counsel that the Court be notified if 7502 Harrisburg LLC filed bankruptcy again[1] prior to foreclosure of the Church Property to stop the foreclosure.

Dated: March 7, 2024

---

[1] (case number 23-34813 filed December 6, 2023 dismissed Dec 12, 2023)

1

/s/Edgar Goldberg
Edgar A. Goldberg
State Bar No.:08075100
edgar@eagoldberglaw.com
6525 Washington Avenue
Houston, Texas 77007
Telephone:  (713) 629-5889
Facsimile: (713) 629-5879
ATTORNEY FOR TEXAS FUNDING CORPORATION

**J D HERBERGER & ASSOCIATES, PC**

Sean M. Rooney
State Bar No.: 24058714
sean@herbergerlaw.com 11767 Katy Freeway, Suite 920
Houston, Texas 77079
Telephone:  (281) 920-4700
Facsimile: (281) 920-4711

**ATTORNEYS FOR CREDITOR**
**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served by the Electronic Case Filing System for the United State Bankruptcy Court for the Southern District of Texas on March 7, 2024.

  /s/ *Edgar A.Goldberg*

Edgar A. Goldberg

2