United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Anchor Development Group LLC | § | Case No. 22-60051 |
| | § | |
| Debtor | § | Chapter 7 |

### AGREED ORDER GRANTING AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT 123 S. 75TH STREET, HOUSTON, TEXAS 77011

CAME ON FOR CONSIDERATION, the Amended Motion for Relief from Automatic Stay as to Real Property (the "Motion") filed by Panacea Fund I, LLC ("Movant"). This Court, having considered the Motion [Docket No. 80]; being advised that the objection to the Motion has been resolved by agreement as indicated by the signatures of counsel below, having determined that proper notice had been given to all parties of interest; and having determined that it has jurisdiction over the parties and the Motion; the Court is of the opinion that cause exists for terminating the automatic stay as requested in the Motion, and that the Motion is well taken and should be GRANTED. It is therefore,

ORDERED, that the automatic stay is hereby terminated as to the Property (defined below) and the Debtor to permit Panacea Fund I, LLC and all other parties required to be joined to a tax suit under Chapter 33 to exercise all rights and remedies with respect to the real property and improvements located at 123 S. 75th Street, Houston, Texas 77011 (but *in rem* only with respect to the Debtor or its estate) legally described as follows:

LOTS THREE (3), FOUR (4), FIVE (5), SIX (6), AND SEVEN (7), IN BLOCK THREE (3), OF MAGNOLIA TERRACE, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 572, PAGE 293, OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS, SAVE AND EXCEPT THE SOUTH FIFTEEN (15) FEET OF LOTS SIX (6) AND SEVEN (7) CONVEYED TO THE CITY OF HOUSTON FOR STREET PURPOSES IN INSTRUMENT RECORDED IN VOLUME 1109, PAGE 182, OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS.

(the "Property"). It is further,

ORDERED, that all parties reserve the right to challenge the priority of liens asserted by Movant (or any other party), the amounts owed to Movant (or any other party) or any other right, claim or defense applicable to any claim or lien asserted against the Property.  It is further,

ORDERED, that the requirements of Bankruptcy Rule 4001(a)(3) are hereby waived.

Signed: May 20, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

AGREED AS TO FORM AND CONTENT:

| | |
|---|---|
| Edgar A. Goldberg<br>Attorney At Law<br>TBA# 08075100<br>Fed Id 20<br><br>6525 Washington Avenue<br>Houston, Texas 77007<br>Telephone: 713-629-5889<br>Fax: 713-629-5879<br>Email: edgar@eagoldberglaw.com<br><br>and<br><br>/s/ Sean M. Rooney<br>Sean M. Rooney<br>J D Herberger & Associates, PC<br>TBA# 24058714<br>11767 Katy Freeway, Suite 920<br>Houston, Texas 77079<br>Telephone: (281) 920-4700<br>Fax: (281) 920-4711<br>Email: sean@herbergerlaw.com<br><br>ATTORNEYS FOR TEXAS FUNDING CORPORATION | /s/  Howard Marc Spector<br>Howard Marc Spector<br>TBA #00785023<br>S.D. Tex. Bar No. 23274<br><br>Spector & Cox, PLLC<br>12770 Coit Road, Suite 850<br>Dallas, Texas 75251<br>Telephone: (214) 365-5377<br>Fax: (214) 237-3380<br>Email: hspector@spectorcox.com<br><br>ATTORNEY FOR<br>PANACEA FUND I, LLC |